petitioner. *Acting Solicitor General Washington, Robert S. Erdahl, Sheldon E. Bernstein, William E. Remy, David London, Samuel Mermin* and *Albert J. Rosenthal* for the United States.

No. 973. PIONEER MILL CO., LTD. *v.* VICTORIA WARD, LTD. ET AL. March 17, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Urban E. Wild* for petitioner. *Robert M. Searls* for Victoria Ward, Ltd. et al., respondents.

No. 983. ALLEN *v.* UNITED STATES. March 17, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Lawrence Kovalsky* and *David Goldstein* for petitioner. *Acting Solicitor General Washington, W. Marvin Smith, Robert S. Erdahl* and *Leon Ulman* for the United States.

No. 989. PETERSON ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. March 17, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Philip J. Schneider* and *Morison R. Waite* for petitioners. *Acting Solicitor General Washington, Gerhard P. Van Arkel, Morris P. Glushien* and *Ruth Weyand* for respondent.

No. 990. FRIEDMAN *v.* SCHWELLENBACH, SECRETARY OF LABOR, ET AL. March 17, 1947. Petition for writ of certiorari to the United States Court of Appeals for the